alvinquinataind

LEONARDO M. RAPADAS
United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

AUG - 2 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00024 |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| vs. | ) | **THEFT OF GOVERNMENT PROPERTY** |
| | ) | [18 U.S.C. §§ 641 & 2] |
| ALVIN NASH QUINATA, | ) | |
| | ) | |
| Defendant. | ) | |

THE GRAND JURY CHARGES:

Beginning on or about April 13, 2006, and continuing up to May 16, 2006, in the District of Guam and elsewhere, the defendant herein, ALVIN NASH QUINATA, did unlawfully, knowingly, and intentionally steal property from the Navy Exchange, Guam, a place within the special maritime and territorial jurisdiction of the United States, namely Commander Naval Forces Marianas Support Activity, to wit: $52,001.56 in United States Currency and purchased merchandise. The defendant had written approximately 83 checks to the Navy Exchange to make purchases and receive cash, knowing that he had insufficient funds to cover the purchases. The

//
//
//
//

defendant knew that the property belonged to an agency of the United States, and defendant possessed the property for his own personal gain. All in violation of Title 18, United States Code, Sections 641 and 2.

DATED this __2nd__ day of August, 2006.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA SAN NICOLAS
Assistant U.S. Attorney

Approved:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney