**Criminal Case Cover Sheet**                      **U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**    06-00024

Superseding Indicment _____ Docket Number _____
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__    Matter to be sealed: _____ Yes __x__ No

Defendant Name    __ALVIN NASH QUINATA__

Alias Name _____

Address _____

          __Merizo, Guam__

Birthdate ___ SS# ___ Sex __M__ Race __PI__ Nationality __Chamorro__

**RECEIVED**
**AUG - 2 2006**
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**U.S. Attorney Information:**

AUSA    __Rosetta San Nicolas__

Interpreter: __X__ No ___Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__    ___ Petty ___ Misdemeanor __X__ Felony

| | **Index Key/Code** | **Description of Offense Charged** | **Count(s)** |
|---|---|---|---|
| Set 1 | 18 USC 641 & 2 | Theft of Government Property | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: _____    Signature of AUSA: _____

**ORIGINAL**