AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of             GUAM

UNITED STATES OF AMERICA

V.

**ALVIN NASH QUINATA**

**WARRANT FOR ARREST**

Case Number: **CR-06-00024**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      **ALVIN NASH QUINATA**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

**X** Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with    (brief description of offense)

**THEFT OF GOVERNMENT PROPERTY**

**FILED**
DISTRICT COURT OF GUAM
FEB - 1 2007
MARY L.M. MORAN
CLERK OF COURT

in violation of Title    **18**    United States Code, Section(s)    **641 & 2**

**VIRGINIA T. KILGORE**
Name of Issuing Officer

**DEPUTY CLERK**
Title of Issuing Officer

*Virginia T. Kilgore*
Signature of Issuing Officer

**AUGUST 2, 2006, HAGATNA, GUAM**
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/1/07 | DON TRAINER — SPECIAL AGENT | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____