LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332

Attorneys for the United States of America

# IN THE DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00024 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **WRIT OF HABEAS CORPUS** |
| | ) | **AD PROSEQUENDUM** |
| ALVIN NASH QUINATA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO: OFFICER IN CHARGE
    Territorial Detention Center
    Territory of Guam

      This Court finds that ALVIN NASH QUINATA is now in the custody of the Territorial

Detention Center and that said prisoner is required to appear before this Court on February 2,

2007, at 10:30 a.m. for his initial appearance/arraignment on the federal charges in the United

States District Court of Guam.

      **IT IS HEREBY ORDERED** that the Officer in Charge of the Territorial Detention

Center or his authorized agent or any Federal law enforcement agent shall produce ALVIN

NASH QUINATA before this Court on Friday, February 2, 2007, at 10:30 a.m. and whenever

necessary hereafter to attend court appearances in the above-entitled case and upon completion

of said prosecution and/or court appearances and/or upon further order of the court, return said

prisoner to his place of confinement.

**SO ORDERED** this 1st day of February 2007.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**