**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: CR-06-00024                    DATE: February 02, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori            Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore   Electronically Recorded: 10:47:27 - 10:52:20
CSO: L. Ogo

**APPEARANCES:**
Defendant: Alvin Nash Quinata            Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.        ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas       U.S. Agent: Don Trainer, Navy Investigative Services
U.S. Probation: Carleen Borja            U.S. Marshal: D. Punzalan / V. Roman / S. Lujan
Interpreter:                             Language:

**PROCEEDINGS: Initial Appearance and Arraignment**
- Mr. Arens informed the Court that his office has a conflict of interest.
- Financial Affidavit reviewed and accepted: G. Patrick Civille appointed to represent the defendant.
- Proceedings continued to: February 6, 2007 at 11:00 A.M.

NOTES: