# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-06-00024-001  DATE: February 06, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Recorder: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 4:11:40 - 4:20:13
CSO: B. Benavente

**APPEARANCES:**
Defendant: Alvin Nash Quinata  Attorney: G. Patrick Civille
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Ryan Anderson  U.S. Agent:
U.S. Probation: Stephen Guilliot  U.S. Marshal: C. Marquez / D. Punzalan / V. Roman
Interpreter:  Language:

**PROCEEDINGS: Continued Arraignment**
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty
- Trial set for: April 11, 2007 at 9:30 a.m.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: