ORIGINAL

alvinnashhand

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500 Sirena Plaza
108 Hernan Cortez Ave
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAR - 8 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ALVIN NASH QUINATA, <br><br> Defendant. | CRIMINAL CASE NO. 06-00024 <br><br> **MOTION TO REQUIRE THE DEFENDANT TO SUPPLY EXEMPLARS OF HANDWRITING** |

COMES NOW the United States of America, by its undersigned counsel, and moves this Honorable Court for an order directing that the defendant, ALVIN NASH QUINATA, be escorted to and from the Office of the Federal Bureau of Investigation (F.B.I.) to submit to exemplar testing and to furnish exemplars of his handwriting to agents of the Federal Bureau of Investigation, for comparisons with handwriting to be used during the preparation for and during the trial of the above case. The United States Supreme Court has stated that the Fifth Amendment privilege against self-incrimination offers no protection against compulsion to submit to fingerprinting, or against compulsion to write for identification. Schmerber v. California, 384 U.S. 757, 764 (1966). The Fifth Amendment protects only against compulsory production of testimonial evidence; it does not protect against compulsory production of real or physical evidence. Therefore, physical characteristics such as prints and handwriting are outside

the protection of the Fifth Amendment. Obtaining a handwriting exemplar is not a seizure within the meaning of the Fourth Amendment. A person has no expectation of privacy in handwriting because it is a physical characteristic which is constantly exposed to the public. So long as the initial seizure of the person is reasonable, compelling production of a handwriting exemplar is permissible. See United States v. Mara, 410 U.S. 19 (1973).

DATED this 8th day of March, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney