IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00024 |
| Plaintiff, | ) | |
| vs. | ) | |
| ALVIN NASH QUINATA, | ) | **ORDER** |
| Defendants. | ) | |

On March 8, 2007, the United States filed a Motion to Require the Defendant to Supply Exemplars of Handwriting. <u>See</u> Docket No. 12. In order to resolve this motion in advance of the trial scheduled for April 11, 2007, the Court directs the Defendant to file his response to the motion no later than March 14, 2007, at 3:00 p.m. The United States shall file a reply brief, if necessary, no later than March 16, 2007, at 12 noon. Thereafter, the Court will rule on the matter without oral argument from the parties, unless it deems such a hearing necessary after a review of the pleadings.

SO ORDERED this 9th day of March 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**