IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00024 |
| Plaintiff, | ) | |
| vs. | ) | |
| ALVIN NASH QUINATA, | ) | **ORDER** |
| Defendants. | ) | |

On March 8, 2007, the United States filed a Motion to Require the Defendant to Supply Exemplars of Handwriting. <u>See</u> Docket No. 12. The Court ordered the Defendant to file a response to the motion no later than March 14, 2007. To date, however, the Defendant has not filed an objection to the motion. Based on the representation of the United States that certain handwriting exemplars of the Defendant are necessary and relevant in this proceeding,

IT IS HEREBY ORDERED that the Defendant provide handwriting exemplars in such names and numbers as may be requested by the Federal Bureau of Investigation agent, and that such exemplars be used solely as a standard of comparison in determining whether the Defendant is the author of certain writings.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Mar 15, 2007**