# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-06-00054   DATE: April 09, 2007

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori   Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore   Electronically Recorded: 10:37:48 - 10:54:15

CSO: F. Tenorio

---

**APPEARANCES:**

Defendant: Alvin Nash Quinata   Attorney: G. Patrick Civille
☑ Present ☑ Custody ☐ Bond ☐ P.R.   ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Rosetta San Nicolas   U.S. Agent:
U.S. Probation: Carmen O'Mallan   U.S. Marshal: C. Marquez
Interpreter:   Language:

---

**PROCEEDINGS: Change of Plea**
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Plea entered: Guilty
- Report and Recommendation executed by the Court.
- Sentencing set for: July 9, 2007 at 10:00 A.M.
- Draft Presentence Report due to the parties: June 4, 2007
- Response to Presentence Report: June 18, 2007
- Final Presentence Report due to the Court: July 2, 2007
- Defendant to remain in custody.

NOTES: