CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant Alvin Nash Quinata*

**FILED**
DISTRICT COURT OF GUAM
JUN 26 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00024 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATED MOTION TO** |
| | ) | **CONTINUE SENTENCING** |
| ALVIN NASH QUINATA, | ) | |
| | ) | |
| Defendant. | ) | |

The parties in the above-entitled matter, the United States of America and Defendant Alvin Nash Quinata, through counsel, hereby move the Court to continue the sentencing currently scheduled for July 9, 2007, and that it be continued for a period of four (4) weeks, or such later date as may be convenient for the Court. The bases for the requested continuance is that (1) counsel for Defendant is currently off-island and will not be back in time to prepare a response to the presentence investigation report, and (2) counsel for Plaintiff will be off-island commencing July 10, 2007 for a period of approximately two (2) weeks.

SO STIPULATED this 25th day of June, 2007.

| | |
|---|---|
| **CIVILLE & TANG, PLLC** | **LEONARDO M. RAPADAS**<br>**United States Attorney**<br>**Districts of Guam and NMI** |
| By: _____<br>G. PATRICK CIVILLE<br>*Attorneys for Defendant*<br>*Alvin Nash Quinata* | By: _____<br>**ROSETTA L. SAN NICOLAS**<br>Assistant U.S. Attorney<br>*Attorneys for Plaintiff*<br>*United States of America* |

ORIGINAL