**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant Alvin Nash Quinata*

# IN THE UNITED STATES DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00024 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER CONTINUING SENTENCING** |
| ALVIN NASH QUINATA, | ) | |
| Defendant. | ) | |

Based on the stipulated motion of the parties filed herein, and the Court finding good cause for the issuance of the order;

IT IS HEREBY ORDERED that the sentencing in the above-captioned matter is continued to August 9, 2007 at 10:30 a.m.

SO ORDERED.



**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Jun 26, 2007**