✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM

United States of America

**NOTICE**

V.

**Alvin Nash Quinata**         CASE NUMBER:  **CR-06-00024-001**

TYPE OF CASE:

☐ **CIVIL**          X  **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X  **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam 4th Floor, U.S. Courthouse 520 West Soledad Avenue Hagatna, GU 96910** | **Thursday, August 9, 2007 at 10:30 a.m.** | **Friday, August 17, 2007 at 9:00 a.m.** |

**MARY L. M. MORAN, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**July 19, 2007**                                          /s/ Leilani R. Toves Hernandez
DATE                                                              (BY) DEPUTY CLERK

TO:   U.S. Attorney's Office
        G. Patrick Civille, Esq.
        U.S. Probation Office
        U.S. Marshals Service