**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Alvin Nash Quinata*



**FILED**
DISTRICT COURT OF GUAM

AUG - 2 2007

**MARY L.M. MORAN
CLERK OF COURT**

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00024 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DEFENDANT'S ACCEPTANCE OF** |
| | ) | **THE PRE-SENTENCE REPORT** |
| ALVIN NASH QUINATA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### I.   ACCEPTANCE OF PRE-SENTENCE REPORT

Defendant accepts the findings in the pre-sentence report except for two points:

1.   Page 2.   Aliases:   change "Alvin *Nas* Quinata" to "Alvin *Nash* Quinata."

2.   Paragraphs 4 and 58 refer to the Plea Agreement but do not disclose that the Agreement provides that the Government will recommend that Mr. Quinata "receive the . . . minimum term of incarceration recommended by the Sentencing Guidelines . . . ."

### II.   SENTENCING RECOMMENDATION

Mr. Quinata has not previously been convicted of any crimes. He has cooperated fully with the authorities with respect to the matter at issue in this case, and he has accepted responsibility for his actions and agreed to make restitution. Pursuant to the Plea Agreement, Defendant

anticipates that the Government will recommend six months incarceration, with credit for time served, since that is the minimum term recommended under the Guidelines. Mr. Quinata appreciates the seriousness of his conduct and joins in the anticipated recommendation from the Government.

The Probation Office has recommended a term at the upper end of the Guidelines, but, as noted in Section I above, it would appear that the Probation Office overlooked the provisions of the Plea Agreement. The recommendation from the Probation Office does not set forth any circumstances which would warrant rejecting the Government's recommendation, and Mr. Quinata asks that Court honor the Plea Agreement and follow the Government's recommendation.

Respectfully submitted this 2nd day of August, 2007.

**CIVILLE & TANG, PLLC**

By

**G. PATRICK CIVILLE**

*Attorneys for Defendant*
*Alvin Nash Quinata*