**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**SENTENCING**

CASE NO.: CR-06-00024-001  DATE: August 17, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley / Sara Weber  Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 9:12:13 - 9:44:50
CSO: L. Ogo

**APPEARANCES:**
Defendant: Alvin Nash Quinata  Attorney: G. Patrick Civille
　Present　Custody　Bond　P.R.  　Present　Retained　FPD　CJA
U.S. Attorney: Rosetta San Nicolas  U.S. Agent: Lucus Maxey, N.C.I.S.
U.S. Probation: Maria Cruz  U.S. Marshal: T. Muna / G. Perez / R. Okada
Interpreter:  Language:

**PROCEEDINGS: Sentencing**
- Defendant committed to the Bureau of Prisons for a term of <u>9 months, with credit for time served</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>3 years</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant ordered to pay restitution in the amount of $54,491.56
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: